| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Campbell Graphics, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  AlphaGraphics # 521** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **54-2001699** |
| **4.** | **Debtor's address** | **Principal place of business**  **2904 W Clay Street**  **Richmond, VA 23230**  Number, Street, City, State & ZIP Code    **Richmond City**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

Debtor  **Campbell Graphics, Inc.**                                       Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor  **Campbell Graphics, Inc.** _____   Case number (_if known_) _____
 Name

**11. Why is the case filed in _this district?_**   _Check all that apply:_

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   _Check one:_

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Campbell Graphics, Inc.**                                    Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signature |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2016**
              MM / DD / YYYY

X  **/s/ Craig H. Campbell, Sr.**                       **Craig H. Campbell, Sr.**
   Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Robert S. Westermann**                          Date  **February 9, 2016**
   Signature of attorney for debtor                            MM / DD / YYYY

**Robert S. Westermann**
Printed name

**Hirschler Fleischer, P.C.**
Firm name

**The Edgeworth Building**
**P.O. Box 500**
**Richmond, VA 23218-0500**
Number, Street, City, State & ZIP Code

Contact phone  **804-771-9500**      Email address  **rmcburney@hf-law.com**

**43294**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Campbell Graphics, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 9, 2016**     X **/s/ Craig H. Campbell, Sr.**
Signature of individual signing on behalf of debtor

**Craig H. Campbell, Sr.**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Campbell Graphics, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Craig H. Campbell, Sr., et. al.**<br>**16219 Dragonnade Trail**<br>**Midlothian, VA 23113** | | **Loan** | | | | **$1,000,000.00** |
| **Elizabeth W. Campbell**<br>**16219 Dragonnade Trail**<br>**Midlothian, VA 23113** | | **Loan** | | | | **$83,000.00** |
| **HP Indigo America**<br>**c/o Yessica Vargas Montano**<br>**550 King Street**<br>**Littleton, MA 01460** | **Yessica Vargas Montano**<br>**yessica.vargas@hp.com**<br>**888.227.8459** | **Equipment service and supplies** | | | | **$45,000.00** |
| **Craig H. Campbell, Jr.**<br>**1822 National Street**<br>**Henrico, VA 23231** | | **Loan** | | | | **$19,500.00** |
| **WH Real Estate LLC**<br>**c/o Scot Weisberger**<br>**10225 Locklies Drive**<br>**Glen Allen, VA 23060** | **Scot Weisberger**<br>**804.437.0894** | **Rent** | **Disputed** | | | **$15,477.00** |
| **Xerox**<br>**c/o Thompson McMullen PC**<br>**Jennifer Sullivan**<br>**100 Shockoe Slip, 3rd Floor**<br>**Richmond, VA 23219** | **Jennifer Sullivan**<br>**804.698.6232** | **Note** | | | | **$14,000.00** |

Debtor **Campbell Graphics, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LeClair Ryan, PC** c/o E.G. Allen III 4405 Cox Road, Suite 200 Glen Allen, VA 23060 | **E.G. Allen III** 804.545.1500 | **Legal services** | | | | $8,207.00 |
| **Northern Leasing** 132 W. 31st Street 14th Floor New York, NY | 212.457.8506 | **Trade** | **Disputed** | | | $5,736.00 |
| **Coventry Health Services of VA** 9881 Mayland Drive Henrico, VA 23233 | 804.747.3700 | **2014 Employee health final month premium** | **Disputed** | | | $5,124.00 |
| **ESI** 10406 Lakeridge Parkway, Suite 1000 Ashland, VA 23005 | 804.412.4416 | **Equipment supply and service contract** | | | | $4,100.00 |
| **Beacon Promotions Inc.** c/o Mary Eckstein, Controller 2121 Bridge Street New Ulm, MN 56073 | **Mary Eckstein, Controller** 507.233.3274 | **Trade debt** | | | | $3,888.00 |
| **Federated Insurance** P.O. Box 328 121 E. Park Square Owatonna, MN 55060 | 800.377.9154 | **Health insurance** | | | | $2,100.00 |
| **AlphaGraphics, Inc.** c/o Tommy Auger, CFO 215 S. State Street, Suite 320 Salt Lake City, UT 84111 | **Tommy Auger, CFO** 801.595.7248 | **Franchisor** | | $62,000.00 | **Unknown** | **Unknown** |
| **Can Capital** c/o CAN Capital Asset Servicing Inc 155 North 400 West, Suite 315 Salt Lake City, UT 84103 | 888.673.7641 | **Loan** | | $95,000.00 | **Unknown** | **Unknown** |
| **Finish Line Capital** 33 Spruce Hollow Road Green Brook, NJ 08812 | | **Loan** | | $19,500.00 | **Unknown** | **Unknown** |
| **IRS** P.O. Box 7346 Philadelphia, PA 19101 | | **Government** | | | | **Unknown** |

Debtor **Campbell Graphics, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Virginia Department of Taxation** **PO Box 2156** **Richmond, VA 23218-2156** | | **Government** | | | | **Unknown** |
| **Wells Fargo Bank** **1620 E. Roseville Parkway** **Suite 100** **Roseville, CA 95661** | | **SBA Business Loan** | | **$340,000.00** | **Unknown** | **Unknown** |
| **Wells Fargo Bank** **c/o Robert Turner** **1620 E. Roseville Parkway** **Suite 100** **Roseville, CA 95661** | | **Working Capital Loan** | **Disputed** | **$27,000.00** | **Unknown** | **Unknown** |

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re   **Campbell Graphics, Inc.**                                    Case No.
                              Debtor(s)                                Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                         $          **TBD**
   Prior to the filing of this statement I have received               $     **7,500.00**
   Balance Due                                                         $          **TBD**

2. $ **1717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other *(specify)*

4. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other *(specify)*

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   **Representation of the Debtor will be billed on an hourly basis in accordance with the terms of an employment application to be filed with the Court.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the Debtor will be billed on an hourly basis in accordance with the terms of an employment application to be filed with the Court.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 9, 2016** | **/s/ Robert S. Westermann** |
| *Date* | **Robert S. Westermann 43294** |
| | *Signature of Attorney* |
| | |
| | **Hirschler Fleischer, P.C.** |
| | *Name of Law Firm* |
| | **The Edgeworth Building** |
| | **P.O. Box 500** |
| | **Richmond, VA 23218-0500** |
| | **804-771-9500   Fax: 804-644-0957** |

---

*For use in Chapter 13 Cases where Fees Requested **Not in Excess of $5,050***
*(For all Cases Filed on or after 1/01/2015)*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Campbell Graphics, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Craig H. Campbell, Jr.**<br>**1822 National Street**<br>**Henrico, VA 23231** | | **15%** | |
| **Craig H. Campbell, Sr.**<br>**16219 Dragonnade Trail**<br>**Midlothian, VA 23113** | | **85%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 9, 2016**

Signature   **/s/ Craig H. Campbell, Sr.**
**Craig H. Campbell, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
AlphaGraphics, Inc.
c/o Tommy Auger, CFO
215 S. State Street, Suite 320
Salt Lake City, UT 84111


Beacon Promotions Inc.
c/o Mary Eckstein, Controller
2121 Bridge Street
New Ulm, MN 56073


Can Capital
c/o CAN Capital Asset Servicing Inc
155 North 400 West, Suite 315
Salt Lake City, UT 84103


Coventry Health Services of VA
9881 Mayland Drive
Henrico, VA 23233


Craig H. Campbell, Jr.
1822 National Street
Henrico, VA 23231


Craig H. Campbell, Sr., et. al.
16219 Dragonnade Trail
Midlothian, VA 23113


Elizabeth W. Campbell
16219 Dragonnade Trail
Midlothian, VA 23113


ESI
10406 Lakeridge Parkway, Suite 1000
Ashland, VA 23005


Federated Insurance
P.O. Box 328
121 E. Park Square
Owatonna, MN 55060


Finish Line Capital
33 Spruce Hollow Road
Green Brook, NJ 08812
```

HP Indigo America
c/o Yessica Vargas Montano
550 King Street
Littleton, MA 01460


IRS
P.O. Box 7346
Philadelphia, PA 19101


LeClair Ryan, PC
c/o E.G. Allen III
4405 Cox Road, Suite 200
Glen Allen, VA 23060


Northern Leasing
132 W. 31st Street
14th Floor
New York, NY


Virginia Department of Taxation
PO Box 2156
Richmond, VA 23218-2156


Wells Fargo Bank
1620 E. Roseville Parkway
Suite 100
Roseville, CA 95661


Wells Fargo Bank
c/o Robert Turner
1620 E. Roseville Parkway
 Suite 100
Roseville, CA 95661


WH Real Estate LLC
c/o Scot Weisberger
10225 Locklies Drive
Glen Allen, VA 23060


Xerox
c/o Thompson McMullen PC
Jennifer Sullivan
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Campbell Graphics, Inc.**                                            Case No.
                              Debtor(s)                                        Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Campbell Graphics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **February 9, 2016** | **/s/ Robert S. Westermann** |
| Date | **Robert S. Westermann 43294** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Campbell Graphics, Inc.** |
| | **Hirschler Fleischer, P.C.** |
| | **The Edgeworth Building** |
| | **P.O. Box 500** |
| | **Richmond, VA 23218-0500** |
| | **804-771-9500 Fax:804-644-0957** |
| | **rmcburney@hf-law.com** |